HMK/jb TY 7925

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THYSSEN KRUPP MATERIALS NA INC.

        Plaintiff,        07 CIV 7304 (PAC) (FM)
                                                                    ECF CASE

   -against-

M/V CIELO DI GENOVA, her engines,        **RULE 7.1 STATEMENT**
boilers, tackle, etc., DNN BUSINESS
CORP., MK SHIPMANAGEMENT CO. LTD.

        Defendants

------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   THYSSEN KRUPP AG

Dated:    August 15, 2007

                                                           KINGSLEY, KINGSLEY & CALKINS
                                                           Attorneys for Plaintiff

                                                            BY:__/S/_____
                                                              HAROLD M. KINGSLEY
                                                              91 W. Cherry Street
                                                              Hicksville, New York 11801
                                                              (516) 931-0064