UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THYSSEN KRUPP MATERIALS NA, Inc.<br>Plaintiff,<br><br>-V-<br><br>M/V CIELO DI GENOVA, her engines, boilers, tackle, etc., DNN BUSINESS CORP., MK SHIPMANAGEMENT CO. LTD. YSH SHIPPING CO. LTD., D'AMICO SOCIETA DI NAVIGAZIONE SPA, D'AMICO INT'L SHIPPING, S.A.<br>Defendants | **CERTIFICATE OF MAILING**<br><br><br><br>07cv7304 (PAC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**October 5, 2007**

I served the

AMENDED SUMMONS & SECOND AMENDED VERIFIED
COMPLAINT
pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii)

filed and issued herein on the
9/10/07

by mailing via Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

#632 920 196

*J. Michael McMahon*

CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
## ATTORNEYS AT LAW
### Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313



RECEIVED 10/4/07
OFFICE OF THE CLERK
US DISTRICT COURT, SDNY

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

September 25, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street

[Registered mail receipt PS Form 3806 and PS Form 2865 attached, addressed to D'AMICO INT'L SHIPPING, S.A., CORSO D'ITALIA 35B, 00198 ROME, ITALY; Article No. RB632920196US; Reg. Fee $10.15; Postage $1.80; Return Receipt $2.15]

HMK/jb
Encl.