UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THYSSEN KRUPP MATERIALS NA, Inc.<br>Plaintiff,<br><br>-V-<br><br>M/V CIELO DI GENOVA, her engines, boilers, tackle, etc., DNN BUSINESS CORP., MK SHIPMANAGEMENT CO. LTD. YSH SHIPPING CO. LTD., D'AMICO SOCIETA DI NAVIGAZIONE SPA, D'AMICO INT'L SHIPPING, S.A.<br>Defendants | **CERTIFICATE OF MAILING**<br><br><br>07cv7304 (PAC) |

I, J. Michael McMahon, Clerk of Court for the Souther District of New York, do hereby certify that on the

**October 5, 2007**

I served the

**AMENDED SUMMONS & SECOND AMENDED VERIFIED COMPLAINT**
pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii)

filed and issued herein on the
9/10/07

by mailing via Registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

# 632 920 205

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

RECEIVED 10/4/07
OFFICE OF THE CLERK
US DISTRICT COURT, SDNY

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

September 25, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: THYSSEN KRUPP MATERIALS NA INC., v.

---

**Receipt for Registered Mail (PS Form 3806, June 2002)**

Registered No. RB632920205US
Reg. Fee $10.15
Handling Charge $0.00
Postage $1.80
Return Receipt $2.1_
Restricted Delivery $0.0_
Received by: ML
Customer Must Declare Full Value $0.00 — Without Insurance

FROM:
KINGSLEY KINGSLE[Y]
10[9]1 WEST CHERRY S[T]
HICKSVILLE, NY 1[1801]
Our Ref.: TY 792[...]

TO:
D'AMICO SOCIETA [DI NAVIGAZIONE]
SPA
CORSO D'ITALIA [35B]
ROME, ITALY

For delivery information, visit our website at www.usps.com

---

**PS Form 2865, February 1997 (Reverse)**

Item Description: ☑ Registered Article (Envoi recommandé) / ☑ Letter (Lettre) / ☐ Printed Matter (Imprimé) / ☐ Other (Autre) / ☐ Recorded Delivery (Envoi à livraison attestée) / ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée)
Insured Value (Valeur déclarée):
Article Number: RB 632 920205 US
Office of Mailing (Bureau de dépôt):
Date of Posting (Date de dépôt):

Addressee Name or Firm: D'AMICO SOCIETA DI NAVIGAZIONE SPA
Street and No.: CORSO D'ITALIA 35B, 00198
Place and Country: ROME, ITALY

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)
Date: 22 [...] 07
Signature of Addressee: [signature]
Office of Destination Employee Signature: [signature]