```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 3 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Thyssen Krupp Materials NA Inc.,

                Plaintiff,

   -against-

M/V Cielo Di Genova, her engines, boilers, tackle,
etc.., et al.,
                Defendants.
------------------------------------------------------------X

07 Civ. 7304 (PAC)
ORDER OF DISMISSAL

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since August 15, 2007, and there having been no activity in this case since October 30, 2007, it is,

ORDERED, that the above-entitled action be and hereby is DISMISSED, without costs to either party, subject to reopening upon written communication from either party. Please visit my Individual Practices with respect to communications with chambers, specifically Rule 1A. The Clerk of Court is directed to close out this case.

Dated: New York, New York
       April 30, 2008

SO ORDERED

/s/ Paul A. Crotty
_____
PAUL A. CROTTY
United States District Judge

1